# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**KENNETH W. WILLIAMS,**

    **Plaintiff,**

    **v.**                                          Case No. 17-CV-2310-JAR-GLR

**CORECIVIC, INC.,** et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

On this 9th day of January 2018, the above-captioned action comes before the Court for hearing upon Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC's Motion to Compel Plaintiff's Rule 26 Disclosures (ECF 26). Plaintiff appears by Gerald Gray, his attorney. Defendants appear by Anne Benton Hucker and Karen Kessler Cain, their attorneys.

After giving due consideration to the motion and hearing oral arguments by counsel, the Court grants the motion for good cause and orders Plaintiff within fourteen (14) days, i.e. on or before January 23, 2018, to serve upon Defendants initial disclosures that fully comply with Fed. R. Civ. P. 26(a)(1)(A). The Court further orders Plaintiff by January 23, 2018, to respond to any outstanding interrogatories and requests for production.

The Court finds that Plaintiff has moved from the Kansas City area to Texas, that he consequently has encountered difficulty in locating documents he needed to prepare his initial disclosures, and that these circumstances would make it unjust to enter against him an award of expenses.

    **IT IS SO ORDERED.**

Dated January 9, 2018, at Kansas City, Kansas.

S/ Gerald L. Rushfelt  
Gerald L. Rushfelt  
U.S. Magistrate Judge